UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| WILLIS TROSCLAIR | CIVIL ACTION NO.: 2:16-cv-12741 |
|---|---|
| VERSUS | |
| ENTERPRISE MARINE SERVICES, LLC | SECTION: |

### SEAMAN'S COMPLAINT

Plaintiff, Willis Trosclair, an individual of the full age of majority and domiciliary of Terrebonne Parish, Louisiana, respectfully represents as follows:

**I.**

Made Defendant herein is:

A. Enterprise Marine Services, LLC, a foreign limited liability company authorized to and doing business in the State of Louisiana. Defendant has appointed C.T. Corporation as its registered agent for the service of process, whose address is 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816.

**II.**

Plaintiff brings this action pursuant to 46 U.S.C. § 30104, more commonly known as the Jones Act.

**III.**

Jurisdiction of this matter is conferred by 28 U.S.C. § 1333 (1); venue of this action is pursuant to 28 U.S.C. § 1391 (b) and (c). This action is filed without the prepayment of costs pursuant to 28 U.S.C. § 1916.

**IV.**

On and prior to August 15, 2014, Defendant owned and operated a vessel known as the M/V PADDY.

**V.**

At all pertinent times, Defendant employed Plaintiff, Willis Trosclair, as a Jones Act seaman assigned to the aforementioned vessel.

On or about August 15, 2014, Plaintiff, Willis Trosclair, was working aboard the M/V PADDY on navigable waters when he stepped outside the cabin over a raised threshold and a rug slipped out from under his feet.  Trosclair fell forward and hit the bulwark.  The fall caused the Plaintiff painful and enduring injuries to both shoulders, left elbow and neck.

**VI.**

The above described accident was caused by the negligence of Defendant, Enterprise Marine Services, LLC, its agents, servants, employees or others for whom it is legally responsible in the following, though not exclusive, respects:

    A.    In failing to provide Plaintiff with a safe place to work;

    B.    In failing to properly secure the rug to the deck;

    C.    By allowing a dangerous slip/fall hazard to exist on the vessel; and

    D.    Other acts of negligence that will be demonstrated at the trial of this matter.

**VII.**

Due to injuries sustained by Plaintiff, Willis Trosclair, he has incurred physical disability, has suffered grievous physical and mental pain and anguish, loss of bodily function and embarrassment, and is entitled to recover from Defendant, Enterprise Marine Services, LLC, the sum of THREE MILLION AND NO/100 ($3,000,000.00) DOLLARS.

**SECOND CAUSE OF ACTION**

**VIII.**

And now, Plaintiff, Willis Trosclair, alleges a second cause of action based on the general maritime law and reiterates all of the allegations contained in the foregoing paragraphs.

**IX.**

Under the general maritime law, it was the duty of the Defendant, Enterprise Marine Services, LLC, as the owner and operator, to furnish seamen with a safe place to work, with safe gear and appurtenances, equipment, and with an adequate crew and a seaworthy vessel.

**X.**

Plaintiff shows that at the time and place of the occurrence of the accident, on or about August 15, 2014, Plaintiff was working aboard a vessel in navigation and

performing the type of work traditionally performed by seamen and therefore was owed the warranty of seaworthiness by Defendant, Enterprise Marine Services, LLC.

## XI.

Plaintiff avers that the failure of Defendant, Enterprise Marine Services, LLC, to provide Plaintiff with a safe place to work, by allowing a slip/fall hazard on the deck of the vessel renders the M/V PADDY unseaworthy, and that the unseaworthiness was a proximate cause of Plaintiff's accident and injuries and the resulting illness and disability.

## **THIRD CAUSE OF ACTION**

## XII.

Now, Plaintiff, Willis Trosclair, alleges a third cause of action under the general maritime law for wages, maintenance and cure, past and future, and reiterates all of the allegations contained in the first two causes of action.

## XIII.

Plaintiff avers that he is entitled additionally to wages, maintenance and cure for those periods from approximately August 15, 2014 at the rate of FIFTY AND NO/100 ($50.00) DOLLARS per day, to an undetermined date in the future during which he is unable to work and perform his duties as a seaman and has not reached maximum cure, which Plaintiff estimates to be in the sum of ONE HUNDRED THOUSAND AND NO/100 ($100,000.00) DOLLARS, and for compensatory damages and attorney's fees in the event he is required to pursue by proper procedure the recovery of said maintenance and cure.

## JURY DEMAND

That pursuant to the provisions of the aforesaid 46 U.S.C. § 30104, more commonly known as the Jones Act, Plaintiff is entitled to and demands a trial by jury on all issues related herein.

**WHEREFORE**, Plaintiff, Willis Trosclair, demands a judgment against Defendant, Enterprise Marine Services, LLC, in the sum of THREE MILLION AND NO/100 ($3,000,000.00) DOLLARS, with legal interest from date of injury, together with all costs and disbursements of this action and for all appropriate and general relief and for a trial by jury.

Plaintiff further demands against Defendant, Enterprise Marine Services, LLC, for wages, maintenance and cure in the sum of ONE HUNDRED THOUSAND AND NO/100 ($100,000.00) DOLLARS. Plaintiff demands punitive, exemplary and compensatory damages as well as attorney's fees.

Plaintiff further prays for all general, legal, equitable and maritime relief available to him under the laws of the United States, and for a civil trial by jury.

Respectfully submitted:

*/s/ C. Arlen Braud, II*_____
**C. ARLEN BRAUD, II, #20719**
**MICHELLE O. GALLAGHER, #23886**
**STEVEN D. JACKSON, #35841**
Braud & Gallagher, L.L.C.
111 N. Causeway Blvd., Ste. 201
Mandeville, Louisiana  70448
Telephone:  (985) 778-0771
Facsimile:   (985) 231-4663
arlenb@braudandgallagher.com
michelleg@braudandgallagher.com
stevenj@braudandgallagher.com

**TO BE SERVED BY SUMMONS**

Enterprise Marine Services, LLC
Through its Agent for Service:
CT Corporation
3867 Plaza Tower Drive
Baton Rouge, LA  70816